UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BANCO SAN JUAN INTERNACIONAL, INC.,

*Plaintiff,*

v.

THE FEDERAL RESERVE BANK OF NEW YORK AND THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM

*Defendants.*

Case No. 1:23-cv-06414-JGK

---

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Banco San Juan Internacional, Inc., by its undersigned counsel, hereby certifies that the following parent companies, subsidiaries or affiliates of Banco San Juan Internacional, Inc. have outstanding securities in the hands of the public:

**None.**

Dated: July 25, 2023
New York, New York

Respectfully submitted,

*/s/ Abbe D. Lowell*
Abbe David Lowell
Kelly A. Librera
Winston & Strawn LLP

1

200 Park Avenue
New York, NY 10166
ADLowell@winston.com
KLibrera@winston.com
T: 1-212 294-6700
F: 1-212-294-4700

*Counsel for Banco San Juan Internacional, Inc.*