UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANCO SAN JUAN INTERNACIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE FEDERAL RESERVE BANK OF NEW YORK AND THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM <br><br> Defendants. | 1:23-cv-06414-JGK <br><br> **ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER** |

Upon the Declarations of Abbe D. Lowell, AML RightSource LLC, Francisco Aponte, Marcelino Bellosta Varady, William M. Isaac, Samson Leung, Christopher Laursen, Héctor J. Vázquez, James C. Watkins, and Richard J. Wolf, and the accompanying Memorandum of Law in Support of BSJI'S Motion for Temporary Restraining Order and Preliminary Injunction, and the attached Complaint, it is

**ORDERED**, that the above named defendants show cause before a motion term of this Court at Room___, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, on _____ ___, _____, at _____ o'clock in the ____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendants during the pendency of this action from closing Banco San Juan Internacional, Inc.'s ("BSJI") master account and terminating BSJI's access to the Federal Reserve Bank of New York's ("FRBNY") services; and it is further

**ORDERED** that, sufficient reason having been shown therefor, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendants are temporarily restrained and enjoined from closing BSJI's master account and terminating BSJI's access to the FRBNY's services; and it is further

**ORDERED** that Defendant's papers in response to this motion for a temporary restraining order, if any, shall be served by overnight mail and email on Plaintiff's counsel, Abbe D. Lowell, Esq., Winston & Strawn LLP, 1700 K Street, NW, Washington, DC 20006, ADLowell@winston.com, on or before 5:00 p.m. on July 26, 2023 and Plaintiff's reply papers, if any, shall be served by overnight mail and email on counsel appearing for Defendants on or before 5:00 p.m. on July 28, 2023; and it is further

**ORDERED** that Defendant's papers in response to this motion for a preliminary injunction, if any, shall be served by overnight mail and email on Plaintiff's counsel, Abbe D. Lowell, Esq., Winston & Strawn LLP, 1700 K Street, NW, Washington, DC 20006, ADLowell@winston.com, on or before 5:00 p.m. on _____, 2023 and Plaintiff's reply papers, if any, shall be served by overnight mail and email on counsel appearing for Defendants on or before 5:00 p.m. on _____, 2023; and it is further

**ORDERED** that security in the amount of $_____ be posted by the plaintiff prior to _____ ___, ____, at _____ o'clock in the _____ noon of that day; and it is further

**ORDERED** that personal service of a copy of this order and annexed affidavit upon the defendants or their counsel on or before _____ o'clock in the _____ noon, _____ ____, _____, shall be deemed good and sufficient service thereof.

Dated: New York, New York

ISSUED: _____

_____
United States District Judge
.