```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

BANCO SAN JUAN INTERNACIONAL, INC.,

               Plaintiff,

  - against -

THE FEDERAL RESERVE BANK OF NEW YORK, ET AL.,

               Defendants.

23-cv-6414 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court will hear the parties by telephone on the plaintiff's proposed order to show cause with emergency relief (ECF No. 6) **tomorrow, Wednesday, July 26, 2023, at 5 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

    The plaintiff should see that unredacted copies of all papers filed in this action are provided to the defendants, and the plaintiff should provide prompt notice to the defendants of tomorrow's proceeding.

SO ORDERED.

Dated:    New York, New York
           July 25, 2023

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                      United States District Judge