UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BANCO SAN JUAN INTERNACIONAL, INC.,

              Plaintiff,

    - against -

THE FEDERAL RESERVE BANK OF NEW YORK, ET AL.,

              Defendants.

---

23-cv-6414 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed during today's telephone conference, the defendants shall respond to the plaintiff's motion for emergency relief by **Friday, July 28, 2023, at 10 a.m.** If the parties have not reached an agreement that would obviate the need for the Court to rule on the plaintiff's motion for a temporary restraining order by that time, the plaintiff may reply to the defense submission by **Friday, July 28, 2023, at 5 p.m.**

SO ORDERED.

Dated:    New York, New York
            July 26, 2023

                                          John G. Koeltl
                                    United States District Judge