UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BANCO SAN JUAN INTERNACIONAL, INC.,

        Plaintiff,

- against -

THE FEDERAL RESERVE BANK OF NEW YORK, ET AL.,

        Defendants.

23-cv-6414 (JGK)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

---

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| **X** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Motion/Dispute:* | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is: | Purpose: _____ |
| | ___ Habeas Corpus |
| | ___ Social Security |
| ___ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ Inquest After Default/Damages Hearing | Particular Motion: |
| | All such motions: ___ |

SO ORDERED.

New York, New York
August 10, 2023

                          /s/ John G. Koeltl
                          John G. Koeltl
                          United States District Judge

---

* Do not check if already referred for general pretrial.