UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BANCO SAN JUAN INTERNACIONAL, INC.,

        Plaintiff,

- against -

THE FEDERAL RESERVE BANK OF NEW YORK, ET AL.,

        Defendants.

---

23-cv-6414 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear by telephone **tomorrow, August 11, 2023, at 11:30 a.m.**, to discuss the plaintiff's August 9, 2023, letter requesting a pre-motion discovery conference (ECF No. 30).

Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    New York, New York
            August 10, 2023

                                            John G. Koeltl
                                        United States District Judge