UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANCO SAN JUAN INTERNACIONAL, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE FEDERAL RESERVE BANK OF NEW YORK AND THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM <br><br> *Defendants*. | 1:23-cv-06414 (JGK) <br><br> **NOTICE OF INTENT TO REQUEST REDACTION** |

Plaintiff Banco San Juan Internacional, Inc. ("BSJI"), by and through its undersigned counsel, hereby gives notice of its intent to request that portions of the transcript of this Court's July 26, 2023 hearing on BSJI's Proposed Order to Show Cause With Emergency Relief, ECF No. 6, be redacted. In accordance with this Court's order, ECF No. 9, BSJI will submit its requested redactions by August 25, 2023.

Dated: August 11, 2023         By:   */s/ Abbe D. Lowell*

Abbe David Lowell
Kelly A. Librera

WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
ADLowell@winston.com
KLibrera@winston.com
T: 1-212 294-6700
F: 1-212-294-4700

*Counsel for Banco San Juan Internacional, Inc.*

\