```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

BANCO SAN JUAN INTERNACIONAL, INC.,

            Plaintiff,

  - against -

THE FEDERAL RESERVE BANK OF NEW YORK, ET AL.,

            Defendants.

23-cv-6414 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The reference to the magistrate judge for general pretrial purposes (ECF No. 31) is **withdrawn**.

SO ORDERED.

Dated:    New York, New York
           August 11, 2023

                                            */s/ John G. Koeltl*
                                                John G. Koeltl
                                          United States District Judge