UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BANCO SAN JUAN INTERNACIONAL, INC.,          :
                                             :
                         Plaintiff,          :
                                             :
      -against-                              :
                                             :  Civ No.: 1:23-cv-6414-JGK
FEDERAL RESERVE BANK OF NEW YORK,            :
BOARD OF GOVERNORS OF THE FEDERAL            :
RESERVE SYSTEM                               :
                                             :
                         Defendants.         :
------------------------------------------------------------------------X

# DECLARATION OF MICHAEL M. BRENNAN

I, Michael M. Brennan, declare as follows:

1.  I am Assistant General Counsel at the Federal Reserve Bank of New York (the "New York Fed") and am an attorney admitted to practice before this Court. I submit this declaration in opposition to Banco San Juan Internacional, Inc.'s ("BSJI") motion for preliminary injunction, dated July 24, 2023.

2.  Attached as Exhibits A through U are true and correct copies of the following documents:

| Ex. | Document |
| --- | --- |
| A | Guidelines for Evaluating Account and Services Requests, published by the Board of Governors of the Federal Reserve System, August 22, 2022 |
| B | Master Account Agreement, Executed by BSJI on November 18, 2011 |
| C | Federal Reserve Banks Operating Circular 1: Account Relationships, Effective August 16, 2021 |

| | |
|---|---|
| D | Federal Reserve Bank of New York Supplemental Terms and Conditions Governing the Provision of Financial Services to High-Risk Customers, Executed by BSJI on March 16, 2020 |
| E | Federal Reserve Bank of New York Account and Financial Services Handbook, dated February 25, 2020 |
| F | U.S. Department of the Treasury National Money Laundering Risk Assessment, February 2022 |
| G | Certificate of Registry of Banco Internacional de San Juan, Inc., dated February 18, 2011 |
| H | BSJI Audit and Legal Compliance Committee Minutes, dated September 22, 2022 |
| I | Letter from C. Armstrong to J. Williams, dated June 30, 2023 |
| J | Email from H. Vazquez to C. Bridgewater, dated May 8, 2020, Attaching Supplemental KYC Responses |
| K | New York Fed KYC Questionnaire Completed by BSJI, dated March 5, 2020 |
| L | New York Fed KYC Questionnaire Completed by BSJI, dated May 12, 2021 |
| M | BSJI Financial Statement Excerpts, 2021 through Q2 2023 |
| N | Memorandum from E. Silva to S. Benvenuto, C. Bridgewater, and M. Saxenian, dated March 31, 2023 |
| O | Letter from S. Benvenuto to H. Vazquez and P. Crespo, dated July 18, 2022 |
| P | Letter from C. Bridgewater to H. Vazquez and P. Crespo, dated August 17, 2022 |
| Q | Letter from C. Armstrong to H. Vazquez and P. Crespo, dated September 19, 2022 |
| R. | New York Fed Request for Information to BSJI Concerning High-Risk Transaction Activity, dated October 5, 2022 |

| | |
|---|---|
| S | Memorandum from M. Saxenian and C. Bridgewater to C. Armstrong, dated April 1, 2023 |
| T | Email from M. Eichner to C. Armstrong dated April 12, 2023 |
| U | Letter from C. Armstrong to H. Vazquez and P Crespo, dated April 24, 2023 |

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed on August 22, 2023.

By: /s/ Michael Brennan
Michael M. Brennan
Federal Reserve Bank of New York
33 Liberty Street
New York, NY 10045
T: (212) 720-8235
F: (212) 720-8709
michael.brennan@ny.frb.org

*Counsel for Defendant*
*Federal Reserve Bank of New York*