```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

BANCO SAN JUAN INTERNACIONAL, INC.,

           Plaintiff,

  - against -

THE FEDERAL RESERVE BANK OF NEW YORK, ET AL.,

           Defendants.

------------------------------------

23-cv-6414 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for a preliminary injunction. The parties should ensure that the Court is provided with unredacted paper copies of all memoranda of law and exhibits filed under seal.

SO ORDERED.

Dated:    New York, New York
          September 7, 2023

                                              John G. Koeltl
                                       United States District Judge