UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BANCO SAN JUAN INTERNACIONAL, INC.,

               Plaintiff,

    - against -

THE FEDERAL RESERVE BANK OF NEW YORK, ET AL.,

               Defendants.

23-cv-6414 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, in-person, for a hearing on the pending preliminary injunction motion on **October 16, 2023** at **11:00 am**.

SO ORDERED.

Dated:    New York, New York
            September 20, 2023

                                     John G. Koeltl
                               United States District Judge