```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

BANCO SAN JUAN INTERNACIONAL, INC.,

                Plaintiff,

    - against -

THE FEDERAL RESERVE BANK OF NEW YORK, ET AL.,

                Defendants.

23-cv-6414 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **October 26, 2023** at **1:30 p.m.** in connection with the plaintiff's letter motion. ECF No. 101.

    Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    New York, New York
           October 25, 2023

                                          John G. Koeltl
                                    United States District Judge