```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

BANCO SAN JUAN INTERNACIONAL, INC.,

               Plaintiff,

    - against -

THE FEDERAL RESERVE BANK OF NEW YORK, ET AL.,

               Defendants.

23-cv-6414 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The request by BSJI for an injunction pending appeal of this Court's October 24, 2023 order denying a preliminary injunction that sought to require the FRBNY to maintain BSJI's Master Account is **denied**, except the FRBNY is ordered to maintain BSJI's Master Account, together with the transaction monitor that has been in place, pending an application to the Court of Appeals for any stay or injunction pending the appeal of this Court's denial of the preliminary injunction. This temporary injunction will remain in place until **November 9, 2023**.

SO ORDERED.

Dated:    New York, New York
             October 26, 2023

                                    /s/ John G. Koeltl
                                        John G. Koeltl
                                 United States District Judge