UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BANCO SAN JUAN INTERNACIONAL, INC.,

            Plaintiff,

- against -

THE FEDERAL RESERVE BANK OF NEW YORK, ET AL.,

            Defendants.

23-cv-6414 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court will file the October 24, 2023 Opinion without the few redactions proposed by BSJI. The redactions are not confidential and are already contained in publicly filed documents. See, e.g., Benvenuto Decl., ¶ 10; Vazquez Decl., ¶ 41, Ex. 23.

SO ORDERED.

Dated:    New York, New York
          October 27, 2023

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge