UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANCO SAN JUAN INTERNACIONAL, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE FEDERAL RESERVE BANK OF NEW YORK and THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM <br><br> *Defendants*. | **NOTICE OF APPEAL** <br><br> Case No. 1:23-cv-06414 (JGK) |

**NOTICE IS HEREBY GIVEN** that Plaintiff in the above-captioned action, BANCO SAN JUAN INTERNACIONAL, INC., hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered by Judge John G. Koeltl of this Court on October 27, 2023 (Dkt. 106) denying Plaintiffs' motion for a preliminary injunction.

Dated:  October 30, 2023

Respectfully submitted,

*/s/ Abbe D. Lowell*\_\_\_\_
Abbe David Lowell
Kelly A. Librera
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
T: 1-212 294-6700
F: 1-212-294-4700
ADLowell@winston.com
KLibrera@winston.com

*Counsel for Banco San Juan Internacional, Inc.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2023, I filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the Southern District of New York on all parties registered for CM/ECF in the above-captioned matter.

*/s/ Abbe D. Lowell*____

Abbe David Lowell