# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of November, two thousand twenty-three.

Before:	Richard J. Sullivan,
	*Circuit Judge*,

_____

Banco San Juan Internacional, Inc.,

     Plaintiff - Appellant,

v.

The Federal Reserve Bank of New York, The Board of Governors of the Federal Reserve System,

     Defendants - Appellees.

_____

**ORDER**

Docket No. 23-7558

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2023

     Appellant requests an emergency stay pending appeal of the district court's denial of a preliminary injunction and for an expedited appeal. Appellees oppose the motion.

     IT IS HEREBY ORDERED that the motion for a stay pending appeal and to expedite is REFERRED to a three-judge motions panel. To the extent Appellant seeks an emergency or temporary stay pending decision of the motion by a panel, that request is DENIED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/09/2023