**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of February, two thousand twenty-four.

_____

Banco San Juan Internacional, Inc.,

      Plaintiff - Appellant,

v.

The Federal Reserve Bank of New York, The Board of Governors of the Federal Reserve System,

      Defendants - Appellees.

_____

**ORDER**

Docket No. 23-7558

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2024

Appellant moves for withdrawal of this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED.

      For the Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 02/12/2024**