UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BANCO SAN JUAN INTERNACIONAL, INC.,

            Plaintiff,

- against -

THE FEDERAL RESERVE BANK OF NEW YORK, ET AL.,

            Defendants.

23-cv-6414 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **Thursday, February 22, 2024, at 12:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           February 14, 2024

                                          _/s/ John G. Koeltl_
                                            John G. Koeltl
                                    United States District Judge