UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BANCO SAN JUAN INTERNACIONAL, INC.,

                   Plaintiff,

      - against -

THE FEDERAL RESERVE BANK OF NEW
YORK, ET AL.,

                 Defendants.

---

23-cv-6414 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff may file an amended complaint by **February 29,
2024**. The defendants may answer or move to dismiss by **March 22,
2024**. If there is a motion to dismiss, the plaintiff may respond
by **April 12, 2024**. The defendants may reply by **April 26, 2024**.

SO ORDERED.

Dated:   New York, New York
         February 22, 2024

                    John G. Koeltl
            United States District Judge