

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

200 Park Avenue
New York, NY 10166
T +1 (212) 294-6700
F +1 (212) 294-4700

**ABBE DAVID LOWELL**
Partner
(212) 294-6700
ADLowell@winston.com

February 29, 2024

<u>VIA ECF</u>

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
Application granted without prejudice to any subsequent motion
to unseal.

SO ORDERED.

Dated:    New York, New York
          March 1, 2024

                                  /s/ John G. Koeltl
                               John G. Koeltl
                           United States District Judge
```

> **Re:    *Banco San Juan Internacional, Inc. v. the Federal Reserve Bank of New York and the Board of Governors of the Federal Reserve System,* No. 1:23-cv-6414 (JGK)**

Dear Judge Koeltl:

Counsel for Plaintiff Banco San Juan Internacional, Inc. ("BSJI") writes pursuant to Section VI.2 of the Court's Individual Practices to request leave to file under seal certain information contained in Plaintiff's forthcoming Amended Complaint.  Defendants had not responded to BSJIs' request to consent to this motion at the time of submission.

The allegations BSJI requests leave to redact concern information from or shared with BSJI's Supervisor, the Office of the Commissioner of Financial Institutions of Puerto Rico ("OCIF"), as well as information regarding private examiners' reports on BSJI's compliance programs and business operations.  This Court previously granted BSJI leave to file under seal, or redact, similar information in relation to BSJI's reply brief in support of its motion for a preliminary injunction (ECF No. 71) as well as the FRBNY's opposition brief (ECF No. 60).  Additionally, prior to this case being assigned to Your Honor, the Honorable Judge Loretta Preska found good cause existed to redact the same or similar allegations in BSJI's original complaint that BSJI seeks to redact here.  Case No. 1:23-mc-00241-LAP (ECF No. 3).  The new allegations BSJI now seeks to redact are narrowly tailored and reflect additional information concerning BSJI's supervisor, OCIF, disclosure of which would violate Puerto Rican law.  *See* Article 10(b)(9) of Regulation 5653.

This Court enjoys broad discretion in sealing or redacting documents upon a showing of good cause, and BSJI's request is consistent with this Court's prior sealing orders.  Accordingly, BSJI respectfully submits that good cause has been shown, and requests that this letter motion be granted.

Hon. John G. Koeltl
February 29, 2024
2

Respectfully submitted,

*/s/ Abbe D. Lowell*

Abbe David Lowell
Kelly A. Librera

WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
ADLowell@winston.com
KLibrera@winston.com
T: 1-212-294-6700
F: 1-212-294-4700

*Counsel for Banco San Juan Internacional, Inc.*

cc:     Counsel for All Parties (via ECF)