

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

200 Park Avenue
New York, NY 10166
T +1 (212) 294-6700
F +1 (212) 294-4700

**ABBE DAVID LOWELL**
Partner
(212) 294-6700
ADLowell@winston.com

March 7, 2024

<u>VIA ECF</u>

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> *Re:  Banco San Juan Internacional, Inc. v. the Federal Reserve Bank of New York and the Board of Governors of the Federal Reserve System,* No. 1:23-cv-6414 (JGK)

Dear Judge Koeltl:

We represent Plaintiff Banco San Juan Internacional, Inc. ("BSJI") and write concerning the corrected Amended Complaint (ECF Nos. 124 and 125) BSJI submitted this evening. The corrected Amended Complaint amends a previously incorrect date contained in paragraph 38; no other alterations were made. We apologize to the Court for the inconvenience, and welcome any questions You Honor may have.

Respectfully submitted,

<u>/s/ Abbe David Lowell</u>

Abbe David Lowell
Kelly A. Librera

WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
ADLowell@winston.com
KLibrera@winston.com
T: 1-212-294-6700
F: 1-212-294-4700

*Counsel for Banco San Juan Internacional, Inc.*

Hon. John G. Koeltl<br>March 7, 2024<br>2

cc: Counsel for All Parties (via ECF)

Case 1:23-cv-06414-JGK   Document 126   Filed 03/07/24   Page 2 of 2