UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANCO SAN JUAN INTERNACIONAL, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE FEDERAL RESERVE BANK OF NEW YORK AND THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, <br><br> *Defendants*. | Case No. 1:23-cv-6414 (JGK) <br><br> **DEMAND FOR JURY TRIAL** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff Banco San Juan Internacional, Inc. hereby demands a jury trial on all triable issues.

Dated: March 7, 2024

Respectfully submitted,

*/s/ Abbe David Lowell*

Abbe David Lowell
ADLowell@winston.com
WINSTON & STRAWN LLP
1901 L St NW
Washington, DC 20036
T: 1-202-282-5000
F: 1-202-282-5100

Kelly A. Librera
KLibrera@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
T: 1-212 294-6700
F: 1-212-294-4700

*Counsel for Banco San Juan Internacional, Inc.*