

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

200 Park Avenue
New York, NY 10166
T +1 (212) 294-6700
F +1 (212) 294-4700

**KELLY A. LIBRERA**
Partner
(212) 294-6700
klibrera@winston.com

March 13, 2024

**<u>VIA ECF</u>**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> ***Re:*** ***Banco San Juan Internacional, Inc. v. the Federal Reserve Bank of New York and the Board of Governors of the Federal Reserve System,*** **No. 1:23-cv-6414 (JGK)**

Dear Judge Koeltl:

We represent Plaintiff Banco San Juan Internacional, Inc. ("BSJI") and write concerning the corrected Amended Complaint (ECF Nos. 124 and 125) BSJI submitted on March 7. As noted in our March 7 letter that accompanied this filing, the corrected Amended Complaint fixes a typographical error in paragraph 38 of the Amended Complaint (ECF Nos. 121 and 122) concerning the date of BSJI's master account closure. No other changes were made. BSJI submits this letter to inform the Court that Defendants consent to the correction. We apologize to the Court for the inconvenience, and welcome any questions Your Honor may have.

Respectfully submitted,

*/s/ Kelly A. Librera*

Abbe David Lowell
Kelly A. Librera

WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
ADLowell@winston.com
KLibrera@winston.com
T: 1-212-294-6700
F: 1-212-294-4700

Hon. John G. Koeltl
March 13, 2024
2

*Counsel for Banco San Juan Internacional,
Inc.*

cc:     Counsel for All Parties (via ECF)