UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| BANCO SAN JUAN INTERNACIONAL, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | : |
| | :  Civ No.: 1:23-cv-6414-JGK |
| FEDERAL RESERVE BANK OF NEW YORK, | : |
| BOARD OF GOVERNORS OF THE FEDERAL | : |
| RESERVE SYSTEM | : |
| | : |
| Defendants. | : |

------------------------------------------------------------------X

## NOTICE OF MOTION TO DISMISS
## THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the supporting Declaration of Michael M. Brennan dated March 22, 2024 and exhibits thereto, and all prior proceedings herein, Defendant Federal Reserve Bank of New York, by its undersigned counsel, hereby moves to dismiss the Amended Complaint in this action pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief that this Court deems appropriate.

Dated: March 22, 2024
New York, New York

/s/ *Jonathan K. Youngwood*
Jonathan K. Youngwood
Meredith Karp
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
T: (212) 455-2000
F: (212) 455-2502
jyoungwood@stblaw.com
meredith.karp@stblaw.com

*Counsel for Defendant*
*Federal Reserve Bank of New York*