# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANCO SAN JUAN INTERNACIONAL, INC., | ) ) ) |
| Plaintiff, | ) ) ) Case No. 1:23-cv-6414 |
| v. | ) ) |
| FEDERAL RESERVE BANK OF NEW YORK and BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANT BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM'S
NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Board of Governors of the Federal Reserve System ("Board") respectfully submits this motion to dismiss the amended complaint filed by Plaintiff Banco San Juan Internacional, Inc. By this motion, the Board respectfully requests that the Court dismiss all claims in the amended complaint against the Board for lack of standing. Alternatively, the Board respectfully requests dismissal of Count I (Administrative Procedure Act), Count II (Mandamus Act), and Count III (Declaratory Judgment Act), pursuant to Rule 12(b)(1), for lack of subject matter jurisdiction; and dismissal of Count IV (Fifth Amendment Due Process Clause), pursuant to Rule 12(b)(6), for failure to state a claim upon which relief can be granted.

Accompanying this motion are a memorandum of law and a declaration attaching Exhibit A.

Dated: March 22, 2024

                                    Respectfully submitted,

                                     /s/ *Joshua P. Chadwick*
                                  Mark Van Der Weide, General Counsel
                                  Richard M. Ashton, Deputy General Counsel
                                  Joshua P. Chadwick (JC9369), Senior Special Counsel
                                  Yvonne F. Mizusawa (YM5081), Senior Counsel
                                  Nicholas Jabbour (*pro hac vice*), Senior Counsel
                                  Board of Governors of the Federal Reserve System
                                  20th Street and Constitution Avenue, N.W.
                                  Washington, D.C. 20551
                                  (202) 263-4835
                                  joshua.p.chadwick@frb.gov

                                  *Counsel for Defendant Board of Governors of the*
                                  *Federal Reserve System*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, I electronically filed the foregoing using the court's CM/ECF system, which will send notification of such filing to all parties of record.

By:  /s/ *Joshua P. Chadwick*
Joshua P. Chadwick

*Counsel for Defendant Board of Governors of the Federal Reserve System*