IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANCO SAN JUAN INTERNACIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL RESERVE BANK OF NEW YORK and BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, <br><br> Defendants. | Case No. 1:23-cv-6414 |

## DECLARATION OF JOSHUA P. CHADWICK

I, Joshua P. Chadwick, declare as follows:

1. I am Senior Special Counsel at the Board of Governors of the Federal Reserve System ("Board") and am an attorney admitted to practice before this Court. I submit this declaration in support of the Board's motion to dismiss the amended complaint in this case.

2. Attached as Exhibit A is a true and correct copy of S-Letter 2677, dated January 17, 2023.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746. Executed on March 22, 2024.

                                            /s/ *Joshua P. Chadwick*
                                            Joshua P. Chadwick (JC9369), Senior Special Counsel
                                            Board of Governors of the Federal Reserve System
                                            20th Street and Constitution Avenue, N.W.
                                            Washington, D.C. 20551
                                            (202) 263-4835
                                            joshua.p.chadwick@frb.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, I electronically filed the foregoing using the court's CM/ECF system, which will send notification of such filing to all parties of record.

By:   /s/ *Joshua P. Chadwick*
     Joshua P. Chadwick

*Counsel for Defendant Board of Governors of the Federal Reserve System*