UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BANCO SAN JUAN INTERNACIONAL, INC.,

        Plaintiff,

- against -

THE FEDERAL RESERVE BANK OF NEW YORK, ET AL.,

        Defendants.

23-cv-6414 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument, by phone, on **Wednesday, December 11, 2024**, at **4:00 p.m.** Dial-in: 646-453-4442, with access code 675-278-33#.

    If the parties would prefer to appear in person, they should advise the Court by letter.

SO ORDERED.

Dated:    New York, New York
           November 26, 2024

                                          John G. Koeltl
                                    United States District Judge