# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-3539

E-mail Address
jyoungwood@stblaw.com

<u>VIA ECF</u>   November 29, 2024

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   ***Banco San Juan Internacional, Inc. v. the Federal Reserve Bank of New York and the Board of Governors of the Federal Reserve System*, Case No. 1:23-cv-6414 (JGK)**

Dear Judge Koeltl:

This firm represents defendant the Federal Reserve Bank of New York ("FRBNY") in the above-captioned litigation.

We write regarding the Court's November 26, 2024 Order directing the parties to appear by phone for oral argument at 4:00 PM on December 11th. Undersigned counsel for the FRBNY has a longstanding conflict late afternoon on December 11th, which overlaps with the time set for the hearing. We submit this letter motion to request a reset of the hearing time. We have conferred with the other parties and none oppose this request. All have conferred and are all available between 11:00 AM and 3:00 PM on December 11th, before 2:00 PM on December 12th and at any time on December 17th. Counsel for Banco San Juan Internacional, Inc. requests that argument be in person. Counsel for defendants FRBNY and the Board of Governors of the Federal Reserve System take no position on this request and are available either by phone or in person at the above times and dates.

There have been no prior requests regarding the scheduling of oral argument on the pending motion.

Respectfully submitted,

*/s/ Jonathan K. Youngwood*

Jonathan K. Youngwood

cc:   All Counsel of Record via ECF.

BEIJING   BRUSSELS   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   TOKYO   WASHINGTON, D.C.