UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————

BANCO SAN JUAN INTERNACIONAL, INC.,

                    Plaintiff,

    - against -

THE FEDERAL RESERVE BANK OF NEW
YORK, ET AL.,

                    Defendants.
————————————————————————————

23-cv-6414 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The oral argument in this case is adjourned to **Thursday, December 12, 2024** at **10:30 a.m.** The parties are directed to appear in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:    New York, New York
           December 2, 2024

                                        _____
                                        John G. Koeltl
                              United States District Judge