UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BANCO SAN JUAN INTERNACIONAL, INC.,

        Plaintiff,

- against -

THE FEDERAL RESERVE BANK OF NEW YORK, ET AL.,

        Defendants.

23-cv-6414 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The plaintiff may submit a supplemental letter, not to exceed two (2) pages, by **Monday, December 16, 2024** at **11:00 a.m.** The defendants may submit a joint reply letter, not to exceed one (1) page, by **Tuesday, December 17, 2024** at **5:00 p.m.**

SO ORDERED.

Dated:    New York, New York
           December 12, 2024

                                            John G. Koeltl
                                      United States District Judge