

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

200 Park Avenue
New York, NY 10166
T +1 (212) 294-6700
F +1 (212) 294-4700

**ABBE DAVID LOWELL**
Partner
(212) 294-6700
ADLowell@winston.com

January 27, 2025

**VIA ECF**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> *Re:   Banco San Juan Internacional, Inc. v. the Federal Reserve Bank of New York and the Board of Governors of the Federal Reserve System,* No. 1:23-cv-6414 (JGK)

Dear Judge Koeltl:

Counsel for Plaintiff Banco San Juan Internacional, Inc. ("BSJI") writes pursuant to Section VI.2 of the Court's Individual Practices to request leave to file under seal certain information contained in Plaintiff's forthcoming proposed Second Amended Complaint.

The allegations BSJI requests leave to redact concern information from or shared with BSJI's Supervisor, the Office of the Commissioner of Financial Institutions of Puerto Rico ("OCIF"), as well as information regarding private examiners' reports on BSJI's compliance programs and business operations. This Court previously granted BSJI leave to redact this same information when BSJI filed its Amended Complaint (ECF No. 133), and BSJI does not seek to redact any additional information.

This Court enjoys broad discretion in sealing or redacting documents upon a showing of good cause, and BSJI's request is consistent with this Court's prior sealing orders. Accordingly, BSJI respectfully submits that good cause has been shown, and requests that this letter motion be granted.

Respectfully submitted,

*/s/ Abbe David Lowell*

Abbe David Lowell
Kelly A. Librera

Hon. John G. Koeltl
January 27, 2025
2

WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
ADLowell@winston.com
KLibrera@winston.com
T: 1-212-294-6700
F: 1-212-294-4700

*Counsel for Banco San Juan Internacional, Inc.*

cc:     Counsel for All Parties (via ECF)