**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
BANCO SAN JUAN INTERNACIONAL, INC.,

                Plaintiffs,

-against-                              23 **CIVIL** 6414 (JGK)

**JUDGMENT**

THE FEDERAL RESERVE BANK OF NEW YORK, ET AL.,

                Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 09, 2025, the Court has considered all of the parties' arguments. To the extent not specifically addressed, those arguments are either moot or without merit. Therefore, for the reasons explained in BSJI II and the opinion, the Amended Complaint is dismissed with prejudice and the motion for leave to file the proposed Second Amended Complaint is denied; accordingly, the case is closed.

**Dated:** New York, New York

      March 10, 2025

                                          **TAMMI M. HELLWIG**

                                             **Clerk of Court**

                       **BY:**

                                             **Deputy Clerk**